IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MASON HAROLD HIRAKAWA,            ) | CIV. NO. 08-00486 SOM-KSC |
| Petitioner,   ) | |
| vs.    ) | DEFICIENCY ORDER AND ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| T. THOMAS and CLAYTON FRANK,  ) | |
| Respondents.   ) | |

## DEFICIENCY ORDER AND ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

On October 27, 2008, pro se Petitioner Mason Harold Hirakawa filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("Petition"), as well as an application to proceed *in forma pauperis*. The Petition, however, was not filed on a court-approved form. The court requires that these forms be used by all prisoners filing petitions for writ of habeas corpus. The Clerk of Court is **DIRECTED** to send Petitioner a blank petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner must file his Petition on the court-approved form **on or before November 24, 2008.** Failure to do so will result in **AUTOMATIC DISMISSAL** of this action without prejudice.

In addition, Petitioner's *in forma pauperis* application shows that the present balance of Petitioner's spendable prison account is $30.14, and he has a current balance of $218.99 in his restricted prison trust account.

The filing fee for a petition for writ of habeas corpus is $5.00.  *See* 28 U.S.C. § 1914(a).  Petitioner is able to pay the statutory filing fee for this action and is not a pauper within the meaning of 28 U.S.C. § 1915.  Accordingly, the application is **DENIED**.

Petitioner is notified that parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a).  An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status.  *See* 28 U.S.C. § 1915.  Failure to pay the statutory filing fee will result in dismissal of this action without prejudice.  *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889 (9th Cir. 1992) (affirming dismissal of appeal of *pro se* litigant for failure to pay required filing fees).

Based on the foregoing, it is **HEREBY ORDERED** that Petitioner's *in forma pauperis* application is **DENIED**.  Petitioner is given **up to an including November 24, 2008**, to pay the $5.00 filing fee.  Failure to submit the $5.00 filing fee on or before November 24, 2008, will result in the **AUTOMATIC DISMISSAL** of this action without prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 3, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Mason Harold Hirakawa v. T. THOMAS and CLAYTON FRANK; Civ. No. 08-00486 SOM-KSC; DEFICIENCY ORDER AND ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS